

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2016

No. 04-15-00723-CR and 04-15-00724-CR

David **ZAVALA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-1729-CR-A and 14-1730-CR-A
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

On June 13, 2016, appellant filed a motion to consolidate appeals 04-15-00723-CR and 04-15-00724-CR. Appellant served the State with a copy of the motion, and the State has not objected. The court has examined the clerk's records in these cases and is of the opinion that, in the interest of efficient administration, these appeals should be consolidated for purposes of briefing and argument, if allowed.

We, therefore, ORDER Nos. 04-15-00723-CR and 04-15-00724-CR consolidated for purposes of briefing and any argument on appeal. The parties must file motions, briefs, and other pleadings as if the appeals were one but put both appeal numbers in the style of the case. However, the record in each case will remain separate and, if supplementation of the record becomes necessary, the supplemental material must be filed in the appeal to which it applies. The cases must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a single appeal. The court will dispose of the appeals with the same judgment, opinion, and mandate.

On this same date, appellant filed a motion for extension of time to file the appellant's brief. This motion is granted.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2016.

Keith E. Hottle
Clerk of Court